A CERTIFIED TRUE COPY
ATTEST

BY AUGUST MARZILIANO ON
2/23/2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERICAN EXPRESS ANTI-STEERING
RULES ANTITRUST LITIGATION (NO. II)

MDL No. 2221

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 7, 2011, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Nicholas G Garaufis.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Garaufis.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of February 7, 2011, and, with the consent of that court, assigned to the Honorable Nicholas G Garaufis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 23, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AMERICAN EXPRESS ANTI-STEERING
RULES ANTITRUST LITIGATION (NO. II)                           MDL No. 2221

SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 11-00306 | IL Forno, Inc. v. American Express Company et al |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 10-00790 | Treehouse, Inc. v. American Express Company et al |